Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Affinitylifstyles.com, Inc.
d/b/a Real Alkalized Water*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA MARIE BAILEY, individually,<br><br>           Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC.<br>d/b/a REAL ALKALIZED WATER, a<br>Nevada corporation; DOES I-X; and ROE<br>BUSINESS ENTITIES I-X, inclusive,<br><br>           Defendants. | Case No.: 2:16-cv-02684-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Affinitylifestyles.com ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Lisa Marie Bailey ("Plaintiff") by and through her counsel, Maier Gutierrez Ayon, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint. The extension of time is needed because defense counsel was recently retained and will be out of the state at the end of December through the beginning of January, and needs additional time to receive and review documents relating to allegations presented in Plaintiff's Complaint. Defendant shall, therefore, have a two-week extension up to and including January 16, 2016, to file a responsive pleading to Plaintiff's Complaint.

--

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 23rd day of December, 2016.

| JACKSON LEWIS P.C. | MAIER GUTIERREZ AYON |
|---|---|
| */s/ Phillip C. Thompson* <br> Deverie Christensen <br> Phillip C. Thompson <br> 3800 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant Affinitylifestyles.com* | */s/ Joseph A. Gutierrez* <br> Joseph A. Gutierrez <br> Danielle J. Barraza <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> *Attorney for Plaintiff Lisa Marie Bailey* |

**IT IS SO ORDERED.**

Dated this 23rd day of December, 2016.

_____
MAGISTRATE/JUDGE

4841-3922-3103, v. 1